*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00387-CV

**IN THE INTEREST OF K.S.**, V.H., A.H., and J.S.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-00476
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:      Karen Angelini, Justice

Sitting:         Karen Angelini, Justice
                 Phylis J. Speedlin, Justice
                 Marialyn Barnard, Justice

Delivered and Filed:   March 4, 2009

AFFIRMED

This is an accelerated appeal from an order terminating Denine M.'s parental rights.[1] The trial

court found Denine M. to be indigent but concluded that her appellate points were frivolous. *See*

TEX. FAM. CODE ANN. § 263.405(d) (Vernon 2008). Denine M.'s court-appointed appellate attorney

has also concluded that her appellate points are frivolous. Counsel has filed a motion to withdraw

and a brief in support of that motion, stating that, in his professional opinion, the appeal is frivolous.

Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by

presenting a professional evaluation of the record demonstrating why there are no arguable grounds

---

[1] To protect the privacy of the parties in this case, we identify the children by their initials and the parents
by their first names only. *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2008).

for relief. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.) (applying *Anders* procedure in appeal from order terminating parental rights). Counsel sent a copy of the brief to Denine M. and advised her of her right to examine the record and to file a pro se brief. Denine M., however, did not file a pro se brief. After reviewing the record, we agree that Denine M.'s appeal is frivolous and without merit. Therefore, we affirm the trial court's judgment terminating Denine M.'s parental rights and grant counsel's motion to withdraw.

Karen Angelini, Justice